IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ARVIE THOMAS #N00391,                )
                                     )
                Plaintiff,           )
                                     )
     v.                              )    No. 08 C 3015
                                     )
JOHN DOE, et al.,                    )
                                     )
                Defendants.          )

## MEMORANDUM ORDER

On May 28, 2008 this Court issued a memorandum order that (1) dismissed the pro se Complaint and action brought by prisoner Arvie Thomas ("Thomas") and (2) confirmed that such dismissal constituted a third "strike" under 28 U.S.C. §1915(g). Now Thomas has tendered a hand-printed "Motion for Appointed Counsel" that is totally silent on the issue that led to dismissal: his failure to have exhausted administrative remedies, which 42 U.S.C. §1997e(a) makes a precondition to the institution of any prisoner litigation. Even apart from the question whether counsel can or should be appointed in any already-dismissed prisoner lawsuit, under the circumstances here there is no basis for entertaining Thomas' motion--it is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 12, 2008